## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,      )

            )

            Plaintiff,      )

            )

vs.            )      **Case No. 14-00097-CR-W-GAF**

            )

JAVON N. SHACKLEFORD,      )

            )

            Defendant.      )

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence (Doc. #25). Defendant seeks to suppress all evidence obtained during the execution of a car check and the arrest of defendant conducted on March 26, 2014. On November 6, 2014, Chief United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on defendant's motion.

On December 5, 2014, Judge Hays issued her Report and Recommendation (Doc. #35). On December 19, 2014, defendant file his Objection to Report and Recommendation (Doc. #40).

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

 Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #25) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED:  December 22, 2014